# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 17-18354-AMC

DONNA MARIE WILSON

2150 S. WOODSTOCK STREET

PHILADELPHIA, PA 19145

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    DONNA MARIE WILSON

    2150 S. WOODSTOCK STREET

    PHILADELPHIA, PA 19145

**Counsel for debtor(s), by electronic notice only.**
    WILLIAM B. SANDERSON JR
    230 SOUTH BROAD ST
    SUITE 1400
    PHILADELPHIA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                    /s/ William C. Miller

Date: 2/15/2018

                    _____
                    William C. Miller, Esquire
                    Chapter 13 Standing Trustee