IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Donna Marie Wilson  :  Chapter 13

Debtor  :  Bankruptcy No. 17-18354-amc

## WITHDRAWAL AND ENTRY OF APPEARANCE

TO: U.S. BANKRUPTCY CLERK:

Kindly withdraw my appearance as counsel for the Debtor in the above-captioned matter.

BY:  /s/ William B. Sanderson, Jr.
William B. Sanderson, Jr., Esquire
Law Offices of William Sanderson, LLC

TO: U.S. BANKRUPTCY CLERK:

Kindly enter my appearance as counsel for the Debtor in the above-captioned matter.

BY: /s/ Christopher G. Cassie
Christopher G. Cassie, Esquire
Attorney for Debtor
Spear Wilderman, P.C.