# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

            Chapter 13

            Bankruptcy No. 17-18354-AMC

DONNA MARIE WILSON

2150 S. WOODSTOCK STREET

PHILADELPHIA, PA 19145

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DONNA MARIE WILSON

2150 S. WOODSTOCK STREET

PHILADELPHIA, PA 19145

Counsel for debtor(s), by electronic notice only.

CHRISTOPHER G. CASSIE
230 S. BROAD ST., SUITE 1400

PHILADELPHIA, PA 19102-

Date: 6/24/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee