**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNYSLVANIA**

**In Re:**

**DONNA MARIE WILSON**

               **Chapter 13**

**Debtor**               **Case No. 17-18354**

---

## WITHDRAW AND ENTRY OF APPEARANCE

To the Clerk:

    Kindly withdraw my appearance on behalf of Darrel Chapman in the above referenced Chapter 13 case.

               BY: /s/ Christopher G. Cassie
                  CHRISTOPHER G. CASSIE, ESQUIRE
                  SPEAR WILDERMAN, P.C.
                  230 S. Broad Street, Ste. 1400
                  Philadelphia, PA  19102
                  (215) 732-0101
                  (215) 732-7790
                  ccassie@spearwilderman.com

    Kindly enter my appearance on behalf of Darrel Chapman in the above referenced Chapter 13 case.

               BY:/s/ Vladislav Kachka
                  VLADISLAV KACHKA
                  SPEAR WILDERMAN, P.C.
                  230 S. Broad Street, Ste. 1400
                  Philadelphia, PA  19102
                  (215) 732-0101
                  (215) 732-7790
                  vkachka@spearwilderman. com