UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Donna Marie Wilson
       Bankruptcy No. 17-18354-elf
       Adversary No.
       Chapter 13

Date: 8/17/2021

To: CHRISTOPHER G. CASSIE
Spear Wilderman, P.C.
1040 North Kings Highway
Suite 202
Cherry Hill, NJ 08034

## NOTICE OF INACCURATE FILING

Re: Withdrawal of Appearance

The above pleading was filed in this office on **8/16/2021.** Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( )    Debtor's name does not match case number listed
- ( )    Debtor's name and/or case number (is) are missing.
- ( )    Wrong PDF document attached
- ( )    PDF document not legible
- ( )    Notice of Motion/Objection
- ( )    Electronic Signature missing
- (xx)    Other- **Debtors name is incorrect in the body of the document (Darrel Chapman)**

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice. All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov** . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By: **C. Wagner**
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04