**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNYSLVANIA**

**In Re:**

**DONNA MARIE WILSON**

          **Chapter 13**

**Debtor**          **Case No. 17-18354**

---

**WITHDRAW AND ENTRY OF APPEARANCE**

To the Clerk:

  Kindly withdraw my appearance on behalf of Donna Marie Wilson in the above referenced Chapter 13 case.

          BY: /s/ Christopher G. Cassie
           CHRISTOPHER G. CASSIE, ESQUIRE
           SPEAR WILDERMAN, P.C.
           230 S. Broad Street, Ste. 1400
           Philadelphia, PA 19102
           (215) 732-0101
           (215) 732-7790
           ccassie@spearwilderman.com

  Kindly enter my appearance on behalf of Donna Marie Wilson in the above referenced Chapter 13 case.

          BY:/s/ Vladislav Kachka
           VLADISLAV KACHKA
           SPEAR WILDERMAN, P.C.
           230 S. Broad Street, Ste. 1400
           Philadelphia, PA 19102
           (215) 732-0101
           (215) 732-7790
           vkachka@spearwilderman. com