# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNYSLVANIA

**In Re:**

**DONNA MARIE WILSON**

                                                       **Chapter 13**

**Debtor**                                        **Case No. 17-18354**

---

## WITHDRAW AND ENTRY OF APPEARANCE

To the Clerk:

     Kindly withdraw my appearance on behalf of Donna Marie Wilson in the above referenced Chapter 13 case.

                                                BY: /s/ Vladislav Kachka
                                                    VLADISLAV KACHKA, ESQUIRE
                                                    SPEAR WILDERMAN, P.C.
                                                    230 S. Broad Street, Ste. 1400
                                                    Philadelphia, PA  19102
                                                    (215) 732-0101
                                                    (215) 732-7790
                                                   vkachka@spearwilderman.com

     Kindly enter my appearance on behalf of Donna Marie Wilson in the above referenced Chapter 13 case.

                                                BY:/s/ Ashley M. Sullivan
                                                   ASHLEY M. SULLIVAN, ESQUIRE
                                                   SPEAR WILDERMAN, P.C.
                                                    230 S. Broad Street, Ste. 1400
                                                    Philadelphia, PA  19102
                                                    (215) 732-0101
                                                    (215) 732-7790
                                                   asullivan@spearwilderman. com