Certificate Number: 03621-PAE-DE-036323843

Bankruptcy Case Number: 17-18354



03621-PAE-DE-036323843

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 11, 2022</u>, at <u>8:34</u> o'clock <u>AM EST</u>, <u>Donna M Wilson</u> completed a course on personal financial management given <u>by telephone</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>February 11, 2022</u>          By:    <u>/s/Wafaa Elmaaroufi</u>

Name:  <u>Wafaa Elmaaroufi</u>

Title:  <u>Credit Counselor</u>