United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Donna Marie Wilson  
    Debtor

Case No. 17-18354-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Apr 08, 2022      Form ID: 138OBJ      Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donna Marie Wilson, 2150 S. Woodstock Street, Philadelphia, PA 19145-3509 |
| 14027133 | | Adjustment Bureau, LLC, P.O. Box 9016, Buffalo, NY 14231-9016 |
| 14027134 | | Bushkill- Group, P.O. Box 822991, Philadelphia, PA 19182-2991 |
| 14027135 | + | Citizens Bank Bureau, LLC, P.O. Box 9016, Williamsville, NY 14231-9016 |
| 14027136 | + | Express Stores/Commenity Bank, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 14027138 | + | GAP Stores/SYNCB, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 14027139 | | Old Navy, P.O. Box 530942, Sioux Falls, SD 57117 |
| 14027140 | + | One Main Financial, 330 West Oregon Avenue-Suite 50, Philadelphia, PA 19148-4746 |
| 14055979 | + | Pennsylvania Housing Finance Agency, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 710 Market Street, Suite 5000 Philadelphia, PA 19106-2312 |
| 14043548 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14027142 | + | Publisher Clearing House Magazine, 300 Jericho Quadrangle, Jericho, NY 11753-2704 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 08 2022 23:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 08 2022 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 08 2022 23:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14028851 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 08 2022 23:58:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14027137 | + | Email/Text: bnc-bluestem@quantum3group.com | Apr 08 2022 23:58:00 | Fingerhut, P.O. Box 166, Newark, NJ 07101-0166 |
| 14058671 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2022 23:59:13 | LVNV Funding, LLC its successors and assigns as, assignee of CVF Consumer Acquisition, Company, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14058402 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2022 23:59:20 | LVNV Funding, LLC its successors and assigns as, assignee of NCO Portfolio Management, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14041163 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 08 2022 23:58:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 14027141 | + | Email/Text: blegal@phfa.org | Apr 08 2022 23:58:00 | PHFA, P.O. Box 15057, Harrisburg, PA 17105-5057 |
| 14031472 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 08 2022 23:59:20 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 08, 2022 | Form ID: 138OBJ | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| 14027553 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 08 2022 23:59:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14059673 | + | Email/Text: blegal@phfa.org | Apr 08 2022 23:58:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14027143 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 08 2022 23:58:00 | Spiegels/ Commenity Bank, P.O. Box 182273, Columbus, OH 43218-2273 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 10, 2022             Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ASHLEY M. SULLIVAN | on behalf of Debtor Donna Marie Wilson asullivan@spearwilderman.com  hbanks@spearwilderman.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Donna Marie Wilson
       Debtor(s)                                            Case No: 17−18354−elf
                                                                Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                            900 Market Street
                                Suite 400
                          Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/8/22